# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSSYBEL GOMEZ, and others similarly-situated,

    Plaintiff,

vs.

**16-23000-CIV-MARTINEZ/GOODMAN**

MIAMI THERAPEUTIC CENTER, LLC, a Florida Limited Liability Company, BLACKBIRD ENTERPRISES OF SOUTH FLORIDA, LLC, a Florida Limited Liability Company, DYNAMIC MEDICAL SERVICES, INC., a Florida Corporation, and DENNIS C. NOBBE, individually,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:
MIAMI THERAPEUTIC CENTER, LLC
c/o David Gackstetter
1685 W 49th Street, Suite 1104
Hialeah, Florida 33012

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  MAMANE LAW LLC
            1150 Kane Concourse, Fourth Floor
              Bay Harbor Islands, FL 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **JULY 12, 2016** _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSSYBEL GOMEZ, and others similarly-situated,

    Plaintiff,

                                  **16-23000-CIV-MARTINEZ/GOODMAN**

vs.

MIAMI THERAPEUTIC CENTER, LLC, a Florida Limited Liability Company, BLACKBIRD ENTERPRISES OF SOUTH FLORIDA, LLC, a Florida Limited Liability Company, DYNAMIC MEDICAL SERVICES, INC., a Florida Corporation, and DENNIS C. NOBBE, individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:
BLACKBIRD ENTERPRISES OF SOUTH FLORIDA, LLC
c/o Dennis Nobbe
1685 W 49th Street, Suite 1104    OR    4528 SW 74th Avenue
Hialeah, Florida 33012                             Miami, Florida 33155

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, FL 33154

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JULY 12, 2016** _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSSYBEL GOMEZ, and others similarly-situated,

    Plaintiff,

**16-23000-CIV-MARTINEZ/GOODMAN**

vs.

MIAMI THERAPEUTIC CENTER, LLC, a Florida Limited Liability Company, BLACKBIRD ENTERPRISES OF SOUTH FLORIDA, LLC, a Florida Limited Liability Company, DYNAMIC MEDICAL SERVICES, INC., a Florida Corporation, and DENNIS C. NOBBE, individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:
DYNAMIC MEDICAL SERVICES, INC.
c/o Dennis Nobbe
1685 W 49th Street, Suite 1104    OR    4528 SW 74th Avenue
Hialeah, Florida 33012                           Miami, Florida 33155

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, FL 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JULY 12, 2016** _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSSYBEL GOMEZ, and others similarly-situated,

      Plaintiff,

**16-23000-CIV-MARTINEZ/GOODMAN**

vs.

MIAMI THERAPEUTIC CENTER, LLC, a Florida Limited Liability Company, BLACKBIRD ENTERPRISES OF SOUTH FLORIDA, LLC, a Florida Limited Liability Company, DYNAMIC MEDICAL SERVICES, INC., a Florida Corporation, and DENNIS C. NOBBE, individually,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:
DENNIS C. NOBBE
1685 W 49th Street, Suite 1104    OR    4528 SW 74th Avenue
Hialeah, Florida 33012                        Miami, Florida 33155

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, FL 33154

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JULY 12, 2016**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts